```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRUCE STANLEY BROWN,

                                **Plaintiff,**                             **16-CV-00081 (GBD)(SN)**

           -against-                                               **ORDER**

CAROLYN W. COLVIN, et al.,

                                **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       This case is closed. On September 20, 2017, the Court of Appeals dismissed plaintiff's appeal. Plaintiff should not continue to contact the Court regarding this matter. The Clerk of Court is respectfully directed to mail plaintiff a copy of this order.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     October 6, 2020
               New York, New York